E-FILED
Thursday, 19 April, 2018 04:03:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
APR 19 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br><br>PATRICK GUENTANGUE<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     18-MJ- 7081<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __4/19/2018__ in the county of __Champaign__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

s/ B. Schenkelberg
*Complainant's signature*

Brian P. Schenkelberg, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

s/ Eric I. Long

Date: 04/19/2018

*Judge's signature*

City and state: Urbana, Illinois

Eric I. Long, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Brian P. Schenkelberg, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Champaign Resident Agency of the Springfield Division. I have been a Special Agent with the FBI since 2014 and work primarily on cybercrime matters. Prior to 2014, I was employed as an auditor with the state of Iowa. I am a Certified Public Account. As a Special Agent with the FBI, I have received extensive training in investigating violations of federal statutes, including those that involve Title 18, United States Code, Sections 1343 (Wire Fraud) and 1344 (Bank Fraud), among others. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. I make this affidavit in support of a criminal complaint and arrest warrant for PATRICK GUENTANGUE. As will be shown below, there is probable cause to believe that GUENTANGUE engaged in Conspiracy to Commit Wire Fraud (18 U.S.C. § 1343) in violation of 18 U.S.C. § 1349.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that GUENTANGUE committed a violation of 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud (18 U.S.C. § 1343). Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

**PROBABLE CAUSE**

5. An FBI investigation revealed a scheme to fraudulently transfer funds from victim accounts to an account controlled by Patrick GUENTANGUE, as described further below.

**Brief Background Regarding Patrick GUENTANGUE**

6. During a March 27, 2017, arrest in Dekalb County, Georgia, GUENTANGUE provided his residential address as 2018 Druid Oaks, Atlanta, Georgia 30329, and telephone number as 404-452-4192.

7. Records received from AT&T in February 2018 confirmed that "Patrick Guentangue" is the listed subscriber for the cellular telephone assigned call number 404-452-4192. The address provided for GUENTANGUE was 2018 Druid Oaks NE, Atlanta, Georgia, 30329. The records further showed that GUENTANGUE has used the cellular phone number 404-452-4192 since October 20, 2014.

2

8. For reasons discussed further below, GUENTANGUE is believed to use the following alias: Andrew Mbah Molinga. An individual going by the name "Andrew Mbah Molinga" or "Andrew Molinga" has used information purportedly from an Ohio driver's license with the license number TM029659. An October 2016 query did not reveal any driver's license records in LEADS, NCIC, or BMV databases matching TM029659. Additionally, photographs of the individual utilizing the name "Andrew Mbah Molinga" appear to depict the same individual shown in GUENTANGUE's Florida driver's license photograph.

### Fraud Related to Williams Brothers Construction Inc.

9. In or about September 2016, the University of Illinois Police Department contacted the FBI to report a theft and attempted theft against the University of Illinois, located in the Central District of Illinois, in the amounts of $265,193.75 and $98,372.27. The details are as follows.

10. On July 29, 2016, a University of Illinois employee from the University of Illinois Payables division, C.F.,[1] received a phone call from an individual who stated that his name was Brad Johnson and said he was an employee of Williams Brothers Construction. At that time, the university had contracted with Williams Brothers Construction for building projects, and University Payables was supposed to send payments via direct deposit, or ACH transfer, to WBC's PNC bank account. The

---

[1] C.F. worked out of a University of Illinois office located in the Central District of Illinois.

individual identifying himself as Brad Johnson requested that the university employee change WBC's bank account information. C.F. verbally and via a July 29, 2016, e-mail to "Johnson" at the e-mail address accounts@wbccgroup.com instructed that he provide an updated Vendor Information Form and Direct Deposit Authorization form. Notably, "wbccgroup.com" is not the domain used by WBC.

11. Later on July 29, 2016, the individual identifying himself as Brad Johnson e-mailed the Vendor Information Form with the purported new Sun Trust Bank account number: 1000192012226 ("the 2226 account"); the Direct Deposit Authorization Form; and a copy of a voided check. C.F. informed him via e-mail, however, that certain information was missing.

12. On July 30, 2016, the individual identifying himself as Brad Johnson e-mailed the additional information to C.F., including a Vendor Information Form. The Vendor Information Form was signed by "Michael Langley," with the listed e-mail address michael.langley@wbccgroup.com. "wbccgroup.com" is not the domain used by WBC. The form also listed the incomplete phone number "(309) 688-041" for Langley. The telephone number listed on WBC's public website is (309) 688-0416. The form listed two additional false e-mail addresses for WBC: accounts@wbccgroup.com and remittance@wbccgroup.com, both of which similarly utilized the false domain name for WBC. The form also listed a chief financial officer contact, Bob Lanham. The form also listed the incomplete phone number "(309) 688-041" for Lanham. Elsewhere on the form, WBC's correct telephone number is listed. No one by the name of Brad Johnson,

4

Michael Langley, or Bob Lanham has ever worked for WBC, according to the company. The form also listed a "Ronald Alston" as a contact at SunTrust Bank; no Ronald Alston worked at the bank. Similar issues are seen on the direct deposit of accounts payable form sent by "Brad Johnson". A copy of a voided check also was submitted to University Payables via e-mail by the individual identifying himself as "Brad Johnson," in order to verify the new bank account number; the check appears to be fraudulent.

13.     On August 1, 2016, C.F. advised "Johnson" via two e-mails to accounts@wbccgroup.com that his Request for Electronic Payment had been processed and that all future payments made by University Payables would be sent via ACH to the 2226 account provided.

14.     On August 4, 2016, C.F. received another phone call from "Brad Johnson" inquiring as to when the payment would be made to the new bank account. Later that day, C.F. informed "Brad Johnson" via an e-mail to accounts@wbccgroup.com that the payment would be made at 4:00 p.m.

15.     On August 5, 2016, a university employee made an ACH transfer of $265,193.75 payment from the university's bank, Bank of New York Mellon,[2] to the 2226 account for construction work completed at the university.

16.     On August 17, 2016, the university made an ACH transfer $98,372.27 from its Bank of New York Mellon account to the 2226 account.

---

[2] The Bank of New York Mellon is an FDIC-insured institution.

17. On August 16, 2016, however, a Williams Brother Construction employee had contacted the university inquiring as to why the company had not received payment. Pursuant to an investigation of the matter, employees discovered that the e-mail requesting the account change had not been sent from Williams Brother Construction and was instead sent from an e-mail address similar to the e-mail address used by Williams Brother Construction. On August 17, 2016, the university was able to issue an ACH recall for the $98,372.27 and was able to recover those funds. The university was not able to recover the $265,193.75 payment.

18. Records for the 2226 SunTrust account received by the University of Illinois Police Department showed the owner of the account as Woojin Electro-Nite Inc. "Andrew Mbah Molinga" was listed as a signatory on the account. Between August 5, 2016, and August 12, 2016, a total of $264,875.75 was withdrawn from the 2226 account. The withdrawals happened in the following manner. For certain withdrawals, SunTrust Bank provided a transaction image, as noted below. In each of these cases, the individual making the transaction appears identical to the individual pictured in GUENTANGUE's driver's license photograph. The withdrawals happened in the following manner.

   a. On August 5, 2016, a $3,000 check written to "Joseph Surnia" and purportedly signed by Molinga was endorsed and cashed by "Joseph Surnia". The time 12:33 p.m. is written at the top of the check. At 12:45 p.m., the check appears to have been deposited into a SunTrust Bank account number 1000198867052 (the 7052

account) for J.J.S. Food and Beverages Distributions, LLC, with listed owner Joseph Surnia and an address in Atlanta, Georgia. Records show that the telephone number 404-452-4192 was used by SunTrust as a contact number for that account. That is the same phone number for which GUENTANGUE is the registered subscriber, according to AT&T records, and which he provided to law enforcement in March 2017. The deposit occurred at SunTrust's Executive Park Drive location in Atlanta, Georgia.

- SunTrust Bank provided an image of an individual engaged in the deposit at the Executive Park Drive location. The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

b. On August 5, 2016, at 2:42 p.m., $30,000 was withdrawn in an official check sale from the 2226 account. The transaction took place at the Oglethorpe Crossing SunTrust Bank location in Atlanta, Georgia. The withdrawal slip contains the purported signature of Molinga. Molinga's purported Ohio driver's license number, TM029659, was handwritten on the slip. The printed name on the withdrawal slip was Woojin Electro-Nite Inc.

- SunTrust Bank provided an image of the individual engaged in this "official check sale". The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

7

c. On August 5, 2016, at 2:47 p.m., $47,000 was withdrawn in cash from the 2226 account. The transaction took place at the Oglethorpe Crossing SunTrust Bank location in Atlanta, Georgia. The cash withdrawal slip contains the purported signature of Molinga. Molinga's Ohio purported driver's license number, TM029659, was handwritten on the slip. The printed name on the withdrawal slip was Woojin Electro-Nite Inc.

- SunTrust Bank provided an image of the individual engaged in this cash withdrawal. The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

d. On August 5, 2016, at 1:05 p.m., an $875.75 check written to "Joseph Surnia" and signed by Molinga was endorsed and cashed by "Joseph Surnia". The transaction took place at the Embry Hills SunTrust Bank location in the Atlanta, Georgia, area.

- SunTrust Bank provided images of the individual engaged in this transaction. The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph; the date stamp for the surveillance photographs ranges between 1:01 p.m. and 1:06 p.m.

e. On August 5, 2016, at 3:10 p.m., $3,000 was withdrawn in cash from the 2226 account. The transaction took place at the Oglethorpe Crossing SunTrust Bank location in Atlanta, Georgia. The cash withdrawal slip contains the purported signature of Molinga. Molinga's purported Ohio driver's license number,

8

TM029659, was handwritten on the slip. The printed name on the withdrawal slip was "Andrew Molinga."

- SunTrust Bank provided an image of the individual engaged in this cash withdrawal. The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

f. On August 5, 2016, $5,000 was transferred from the 2226 account to "CHK 2957" account. Records provided for the Suntrust bank account 1000201132957 ("the 2957 account") show the owner of the account is listed as Woojin Electro-Nite Inc. Molinga was a signatory on the account. On August 6, 2016, a total of $4,000 was withdrawn from the 2957 account, signed for by Molinga. ($1,000 at 11:03, $3,000 at 11:05). For the $1,000 withdrawal, the cash withdrawal slip contains the purported signature of Molinga, and handwritten on the slip is Molinga's purported Ohio driver's license number TM029659. The printed name on the cash withdrawal slip is Woojin Electro Nite. For the $3,000 withdrawal, the cash withdrawal slip contains the purported signature of Molinga, and handwritten on the slip is Molinga's purported Ohio driver's license number TM029659. The printed name on the cash withdrawal slip is "ANDREW MOLINGA".

g. On August 5, 2016, $80,000 was transferred from the 2226 account via outgoing Fedwire DR TRN #015624.

h. On August 8, 2016, at 10:50 a.m., $9,000 in cash was withdrawn from the 2226 account. The cash withdrawal slip contains the purported signature of Molinga,

9

and handwritten on the slip is Molinga's purported Ohio driver's license number TM029659. The printed name on the cash withdrawal slip is "ANDREW MOLINGA".

i. On August 8, 2016, at 10:56 a.m., $20,000 was withdrawn in an official check sale from the 2226 account. The transaction took place at the 5370 Peachtree Industrial Boulevard SunTrust Bank location in Chamblee, Georgia. The withdrawal slip contains the purported signature of Molinga, and handwritten on the slip is Molinga's purported Ohio Driver's License number TM029659. The printed name on the withdrawal slip is "ANDREW MOLINGA".

- SunTrust Bank provided an image of the individual engaged in this "official check sale". The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

j. On August 8, 2016, at 11:02 a.m., $20,000 was withdrawn in an official check sale from the 2226 account. The transaction took place at the 5370 Peachtree Industrial Boulevard SunTrust Bank location in Chamblee, Georgia. The withdrawal slip contains the purported signature of Molinga, and handwritten on the slip is Molinga's purported Ohio driver's license number TM029659. The printed name on the withdrawal slip is "Andrew Molinga".

k. On August 8, 2016, at 2:59 p.m., $9,000 was withdrawn in an "official check sale" from the 2226 account.[3] The transaction took place at the Embry Hills SunTrust Bank location in Atlanta, Georgia. The withdrawal slip contains the purported signature of Molinga, and handwritten on the slip is Molinga's purported Ohio Driver's License number TM029659. The printed name on the withdrawal slip is "ANDREW MOLINGA".

- SunTrust Bank provided an image of the individual engaged in this "official check sale". The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

l. On August 9, 2016, at 10:34 a.m., $6,000 was withdrawn in cash from the 2226 account. The transaction took place at the Embry Hills SunTrust Bank location in Atlanta, Georgia. The cash withdrawal slip contains the purported signature of Molinga, and handwritten on the slip is Molinga's purported Ohio Driver's License number TM029659.

- SunTrust Bank provided an image of the individual engaged in this cash withdrawal. The image provided matched the individual depicted in GUENTANGUE's Florida driver's license photograph.

m. On August 8, 2016, $32,000 was transferred out of the 2226 account via outgoing Fedwire DR TRN #011842.

---

[3] The withdrawal slip lists $9,000 but the receipt notes $9008 total with $8.00 in cash.

11

## Interview of GUENTANGUE

19. Law enforcement agents interviewed GUENTANGUE in New York City on April 19, 2018, following GUENTANGUE's scheduled check-in with immigration authorities.[4] During this interview, GUENTANGUE acknowledged that he used the false identities of "Andrew Molinga" and "Joseph Surnia" in August 2016 to withdraw funds from the 2226 account and transfer them to other accounts and individual(s). GUENTANGUE stated that he had been directed to take these actions by an individual named Marshall Tankoua. GUENTANGUE stated that per his agreement with Tankoua he received approximately 10% of the proceeds from these transactions. GUENTANGUE stated that Tankoua had arranged for the funds to be transferred to the 2226 account. GUENTANGUE acknowledged that Tankoa was engaged in fraud in arranging these wire transfers. GUENTANGUE further acknowledged that he had been instructed by Tankoua to assist with other fraudulent schemes as well.

FURTHER, AFFIANT SAYETH NOT.

s/ B. Schenkelberg

Brian P. Schenkelberg, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
19th day of April 2018.
s/ Eric I. Long

THE HONORABLE ERIC I. LONG
United States Magistrate Judge

---

[4] GUENTANGUE, a native of Cameroon, is in the country illegally.